NH

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

Azam Shaheen,

Petitioner,

v.

Eloy Detention Center Warden, et al.,

Respondents.

No. CV-26-01925-PHX-SMB (MTM)

**AMENDED ORDER**

In the Court's March 25, 2026 Order (Doc. 5), the Court directed Petitioner's counsel to serve the Petition.[1]  However, Petitioner is proceeding pro se.  Accordingly,

**IT IS ORDERED** that the Court's March 25, 2026 Order (Doc. 5) is **amended** as follows:

(1)    The Clerk of Court must serve a copy of the Summons, the Petition (Doc. 1), the Court's March 25, 2026 Order (Doc. 5), and this Amended Order upon the United States Attorney for the District of Arizona by certified mail addressed to the civil process clerk at the office of the United States Attorney pursuant to Rule 4(i)(1)(A) of the Federal Rules of Civil Procedure.  The Clerk of Court must also send by certified mail a copy of

---

[1] In the Petition, Petitioner names as Respondents the Warden of Eloy Detention Center; United States Immigration and Customs Enforcement (ICE) Phoenix Field Office Director John Cantu; former United States Secretary of Homeland Security Kristi Noem; ICE Director Todd M. Lyons; and former United States Attorney General Pamela Bondi. The Court will dismiss Respondent Cantu as an improper Respondent, *see Doe v. Garland*, 109 F.4th 1188, 1197 (9th Cir. 2024), and substitute Eric Rokosky for Warden of Eloy Detention Center.  Additionally, pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, the Court will substitute Markwayne Mullin for Respondent Noem and Todd Blanche for Respondent Bondi.

TERMPSREF

the Summons, the Petition, the Court's March 25, 2026 Order (Doc. 5), and this Amended Order to the United States Attorney General pursuant to Rule 4(i)(1)(B) and to Respondents pursuant to Rule 4(i)(2) of the Federal Rules of Civil Procedure.

(2)    The Clerk of Court must immediately transmit by email a copy of this Amended Order to the United States Attorney for the District of Arizona, to the attention of Melissa Kroeger at melissa.kroeger@usdoj.gov, Lon Leavitt at lon.leavitt@usdoj.gov, Theo Nickerson at Theo.Nickerson2@usdoj.gov, Dina Anagnopoulos at Dina.Anagnopoulos@usdoj.gov, and Mary Finlon at Mary.Finlon@usdoj.gov.

(3)    Respondents must answer the Petition no later than **May 8, 2026**. Respondents shall not file a dispositive motion in place of an answer without first showing cause as to why an answer is inadequate.

(4)    Petitioner may file a reply no later than **May 15, 2026**.

**IT IS FURTHER ORDERED:**

(1)    The Clerk of Court must **amend the docket** to reflect Petitioner's name is "Azam Shaheen."

(2)    Respondent Cantu is **dismissed**.

(3)    The Clerk of Court **must substitute** Eric Rokosky for Warden of Eloy Detention Center, Markwayne Mullin for Respondent Noem, and Todd Blanche for Respondent Bondi.

Dated this 27th day of April, 2026.

Honorable Susan M. Brnovich
United States District Judge