**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

Azam Shaheen,

Petitioner,

v.

Eric Rokosky, et al.,

Respondents.

No. CV-26-01925-PHX-SMB

**ORDER**

United States Magistrate Judge Michael T. Morrissey has issued a report and recommendation ("R&R") (Doc. 15) recommending that the Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 (Doc. 1) be denied with and dismissed with prejudice. The Court has now reviewed the R&R and Petitioner's objections de novo. See Fed. R. Civ. P. 72(b); 28 U.S.C. § 636(b)(1) (stating that the court must make a de novo determination of those portions of the Report and Recommendation to which specific objections are made).

Petitioner's objections to the Magistrate Judge's decision are regarding the entry fiction doctrine and application of 8 U.S.C. §1225(b) instead of 8 U.S.C. §1226(a).[1] After a de novo review of the R&R, the Court fully agrees with the Magistrate Judge's analysis and conclusions and rejects Petitioner's objections as meritless. *See United States v. Ramos*, 65 F.4th 427, 434 (9th Cir. 2023) (noting that in a de novo review a "district

[1] The Court notes that Petitioner's response makes some arguments based on the allegation that Petitioner was a noncitizen already in the country. (Doc. 16, p.5 line 9) That contradicts the allegation sin the petition that Petitioner was detained while trying to enter the country. (Doc. 1)

court had no obligation to provide individualized analysis of each objection”). Accordingly, the Court accepts the recommended decision within the meaning of Federal Rule of Civil Procedure 72(b) and overrules Petitioner’s objections. See 28 U.S.C. § 636(b)(1) (stating that the district court “may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate”).

Accordingly,

**IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge (Doc. 15) is **adopted**.

**IT IS FURTHER ORDERED** that Petitioner’s objection (Doc. 16) is **overruled**.

**IT IS FURTHER ORDERED** that Petitioner’s Habeas Corpus petition (Doc. 1) is **denied and dismissed** with prejudice.

**IT IS FURTHER OREDERED** that the Clerk of Court terminate this matter.

Dated this 4th day of September, 2026.

Honorable Susan M. Brnovich
United States District Judge